IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUZETTE MARIE PEROT, <br> PLAINTIFF, | § § § | |
| v. | § | CASE NO. 3:21-CV-0134-M-BK |
| GREYHOUND LINES, INC., <br> DEFENDANT. | § § § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation on Plaintiff's *Motion for Default Judgment* and Defendant's *Rule 12 Motions*. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion for Default Judgment* is **DENIED** and Defendant's *Rule 12 Motions* are **DENIED**.

**SO ORDERED** this 1st day of June, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE